United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 2, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-10271

JAMES CONSTRUCTION GROUP, LLC, formerly known as
Angelo Iafrate Construction LLC

              Plaintiff - Appellant

     v.

DALLAS/FORT WORTH INTERNATIONAL AIRPORT BOARD

              Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
No. 3:03-CV-678-P

Before KING, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The judgment of the district court is affirmed for
essentially the reasons set forth in the district court's
Memorandum Opinion and Order filed February 10, 2004.  All
pending motions are denied.

     AFFIRMED.  MOTIONS DENIED.

---

     [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.